# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA N. NAZAROVA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>WINGMAN ADVERTISING, INC.;<br>DOES 1–10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-04837-ODW(JCx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On November 5, 2013, Judge Chooljian informed the Court that the parties fully settled the case. (ECF No. 32.)  The Court therefore **ORDERS** the parties **TO SHOW CAUSE** by **Monday, November 25, 2013**, why the settlement has not been finalized.  No hearing will be held.  The Court will discharge this Order upon filing of a notice of voluntary dismissal or proposed dismissal order.

**IT IS SO ORDERED.**

November 6, 2013

_____
　　　　　　OTIS D. WRIGHT, II
　　　UNITED STATES DISTRICT JUDGE